UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MARY CATHERINE MCKAY,

    Plaintiff,

v.

    Case No. 2:14-cv-01061
    CHIEF JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Kemp

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,

    Defendant.

## ORDER

This parties' Joint Stipulation to an Award of Attorney's Fees Under the Equal Access to Justice Act (ECF No. 23) is **GRANTED**. Accordingly, Plaintiff is awarded an amount in total of $3,500 in attorney fees and $400 in costs under 28 U.S.C. § 2412.

IT IS SO ORDERED.

__2-16-2016__
DATE

_____
EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE